**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JAMES KENNETH TEGELER                                                          PLAINTIFF

V.                                      No. 3:08CV00163 SWW/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                        DEFENDANT

### ORDER

On Motion of Plaintiff (docket entry #5), his time for filing Plaintiff's Appeal Brief, or

otherwise move,  is hereby extended to and including March 19, 2009.

DATED this 20th day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE