IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES KENNETH TEGELER                                              PLAINTIFF

VS.                         3:08CV00163 SWW/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                           DEFENDANT

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray and the objections filed in response. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted, in their entirety, as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's Complaint (docket entry #1) be and it hereby is DISMISSED, WITH PREJUDICE. Judgment shall be entered accordingly.

DATED this 27th day of January, 2010.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE