IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


JAMES KENNETH TEGELER                                                    PLAINTIFF


VS.                          3:08CV00163 SWW/JTR


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                 DEFENDANT


## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the decision of the Commissioner is AFFIRMED. This action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 27TH DAY OF JANUARY, 2010.


                                                /s/Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE